## Commonwealth *v.* Temple, Appellant.

Submitted September 11, 1973. *Joseph A. Gerber,* for appellant; *Louis A. Perez, Jr., James T. Ranney,* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Warren, Appellant.

Submitted September 12, 1973. *John W. Packel,* Assistant Defender, *Dennis Kelly,* First Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.